# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN LIOU,<br>            Plaintiff,<br><br>v.<br><br>LE REVE RITTENHOUSE SPA, LLC, doing business as "LE REVE RITTENHOUSE DAY SPA,"<br>LE REVE RITTENHOUSE MEDICAL SPA, LLC, doing business as "LE REVE RITTENHOUSE DAY SPA," and<br>SOPHIA BRODSKY,<br>            Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-5279 |

## O R D E R

**AND NOW**, this 27th day of March, 2019, upon consideration of Defendants' Motion to Dismiss Amended Complaint Under FRCP 12 (Document No. 12, filed March 7, 2019) and Brief in Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Document No. 13, filed March 21, 2019), for the reasons set forth in the accompanying Memorandum dated March 27, 2019, **IT IS ORDERED** that Defendants' Motion to Dismiss Amended Complaint Under FRCP 12 is **DENIED**.

**IT IS FURTHER ORDERED** that a preliminary pretrial conference will be scheduled in due course.

                                            **BY THE COURT:**

                                            /s/ Hon. Jan E. DuBois

                                                DuBOIS, JAN E., J.